### 1482  WICKHAM (Pros. Atty.) vs. BROWN (County Treasurer), No. 13763½.

### 1483  WICKHAM (Pros. Atty.) vs. KELLY (Chairman Board of Supervisors), No. 13762½.

To compel the chairman to sign an order for relator's salary and the treasurer to pay the same.

Order to show cause denied in each case, October 24, 1893, on the ground that the application should be made to the Circuit Court.